HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNI HAHN,<br><br>       Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN,<br><br>       Defendant. | CASE NO. C13-5125 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Strombom's Report and Recommendation. Plaintiff objects to the Report and Recommendation, arguing that Judge Strombom improperly relied on *Stahl v. Bowen*, 880 F.2d 416 (9th Cir. 1989), a reported but unpublished decision. But Judge Strombom's citation to *Stahl* was in no way dispositive. The Court, having reviewed the petition, Judge Strombom's Report and Recommendation, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;

2. Plaintiff's complaint is hereby **DISMISSED**;

3. The Clerk is directed to send copies of this Order to Plaintiff's counsel, defendant's counsel, and to United States Magistrate Judge Karen L. Strombom.

Dated this 20th day of March, 2014.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2